937 A.2d 420

**WORTH & COMPANY, Respondent,**

v.

**DEPARTMENT OF GENERAL SERVICES and State System of Higher Education, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 5, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **REVERSED,** and the matter is remanded for proceedings consistent with this court's decision in *Pennsylvania Associated Builders and Contractors, Inc. v. Commonwealth Department of General Services,* 593 Pa. 580, 932 A.2d 1271 (2007).